~~SEALED~~

CASE UNSEALED
11/6/13 KCM

FILED
13 NOV -1 PM 4: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  LAURA E. DUFFY
2  United States Attorney
3  MARK W. PLETCHER
   Colorado State Bar No. 34615
4  ROBERT S. HUIE
5  California State Bar No. 237374
   Assistant U.S. Attorneys
6  880 Front Street, Room 6293
7  San Diego, California 92101-8893
   Telephone: (619) 546-9714
8
9  Attorneys for Plaintiff
   United States of America
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13MJ4027 |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FILE UNDER SEAL** |
| v. | |
| LEONARD GLENN FRANCIS (1) and JOSE LUIS SANCHEZ (2), | |
| Defendants. | |

//
//
//
//
//
//
//
//

1 | Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Mark W. Pletcher and Robert S. Huie, Assistant U.S. Attorneys, hereby moves that the accompanying Complaint and Affidavit, the Arrest Warrants, and this Motion and Order, be ordered sealed until further order of the Court, on the grounds that such sealing is necessary to enable the arrest of defendant Sanchez.

DATED: November 1, 2013

LAURA E. DUFFY
United States Attorney

*Robert Huie*

ROBERT S. HUIE
Assistant U.S. Attorney